28033.   ROBERTSON *v.* CARROLL FURNITURE COMPANY.

GUERRY, J.   1.   The evidence, while conflicting, was sufficient to authorize a finding that if the purchase of the property was unauthorized in the first instance, the defendant, by her conduct, had estopped herself to

deny that the property sued for was purchased for her benefit and in her behalf.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED FEBRUARY 28, 1940.

*R. B. Pullen,* for plaintiff in error.  *G. B. Tidwell,* contra.